```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  RACHANA N. SHAH
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-mj-00247-GGH |
| ) | |
| Plaintiff, ) | [Proposed] |
| ) | AMENDED ORDER |
| v. ) | |
| ) | |
| NATHAN CAIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby ordered that the plaintiff United States of America's motion to dismiss, case number 2:09-mj-00247-GGH, is GRANTED.  Violation Numbers F3936457 and F3936458 remain in full force and effect.

It is further ordered that the delinquent and default fees related to Violation Numbers F3936457 and F3936458 are hereby waived.

IT IS SO ORDERED.

Dated: June 17 , 2011

                                        /s/Gregory G. Hollows
                                        Hon. Gregory G. Hollows
                                        United States Magistrate Judge